UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tamatheus Brown**                     **Docket No. 7:18-CR-206-6D**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tamatheus Brown, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 21, 2020, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tamatheus Brown was released from custody on September 20, 2021, at which time the term of supervised release commenced. On October 29, 2021, a violation report was submitted to Your Honor advising of the defendant's use of illegal substances, specifically marijuana. Your Honor agreed to take no action to allow the defendant an opportunity to comply with substance abuse testing and treatment.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 9, 2022, the defendant provided a urinalysis sample at the probation office. The sample tested positive for marijuana. He admitted recent use and signed a voluntary admission form. The sample was sent to Alere Toxicology for confirmation testing and was confirmed positive for marijuana on May 16, 2022.

During the appointment, the defendant advised that he was using marijuana to help cope with anxiety. He is already in outpatient substance abuse treatment with Coastal Horizons in Wilmington, North Carolina. To help address his mental health issues, it was recommended to the defendant that his conditions be modified to include mental health treatment. He agreed with the recommendation and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: June 6, 2022

## ORDER OF THE COURT

Considered and ordered this ____7____ day of ____June_____, 2022, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge