# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tamatheus Brown**                                                            **Docket No. 7:18-CR-206-6D**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tamatheus Brown, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 21, 2020, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tamatheus Brown was released from custody on September 20, 2021, at which time the term of supervised release commenced. On October 29, 2021, a Violation Report was submitted to Your Honor advising of the defendant's use of illegal substances, specifically marijuana. Your Honor agreed to take no action to allow the defendant an opportunity to comply with substance abuse testing and treatment. On June 6, 2022, a Petition for Action on Supervised Release was submitted to Your Honor advising of the defendant's use of illegal substances, specifically marijuana. Your Honor agreed to modify his conditions of release to include mental health treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 6, 2022, the defendant reported to the probation office for a scheduled appointment. He provided a urinalysis sample that tested positive for marijuana. He signed a voluntary admission form confirming his recent use of marijuana. The defendant remains in dual diagnosis treatment at Coastal Horizons in Wilmington, North Carolina. His frequency of treatment and urinalysis testing have been increased. To further address the defendant's noncompliant behavior, it was proposed that he be placed on a curfew with electronic monitoring for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Tamatheus Brown
Docket No. 7:18-CR-206-6D
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: July 27, 2022

## ORDER OF THE COURT

Considered and ordered this __28__ day of __July__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge